(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM HARPER WALKER
430 Kings Hwy N.E. LT BLDG 1-APT #221
Dover DE 19901-0221

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

GERALDINE M. MARSHALL
109 Betsy Rawls Drive
Middletown DE 19709
Phone # 1-302-376-6864

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. __18 - 1082__
(To be assigned by Clerk's Office)

## COMPLAINT
(Pro Se)

Jury Demand?
☐ Yes
☒ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: WALKER WILLIAM HARPER
Name (Last, First, MI) Middle name court ordered
must be written in full.
430 Kings Hwy N.E. LT BLDG-1- APT # 221
Street Address

Kent Cty          DOVER              DE          19901-0221
County, City                          State        Zip Code

1-302-328-3942                        NONE
Telephone Number                      E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: GERALDINE M. MARSHALL
Name (Last, First)

109 Betsy Rawls Drive
Street Address

NewCastle    Middletown       DE          19709
County, City                   State        Zip Code

Defendant 2: NONE
Name (Last, First)

NONE
Street Address

N/A
County, City                   State        Zip Code

Page 2 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _None_
Name (Last, First)

_none_
Street Address

_none_
County, City          State          Zip Code

Defendant 4: _none_
Name (Last, First)

_none_
Street Address

_none_
County, City          State          Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Because of Diversity of Citizenship. That is Land or property, House, Bldgings, total acres sq. Value Assessment or Appraisal amount $800,000 should be no more than 500,000 popup for a final closure on property, house, bldging, any outstanding mortgages, right of way litigation pending debt or any other accrueded debts on RV or Dodge Ram Pickup

(Del. Rev. 11/14) Pro Se General Complaint Form

**III. VENUE** — NO FEDERAL JURY; OR NO FEDERAL GRAND JURY

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

ROBERT FRANKLIN WALKER - BROTHER PILOT DEGREES AA&T, BSEE, MS AERO ENGINEER AND INSTRUCTOR PILOT SPECIALIZED; F4A AIRFRAME & POWER PLANT (POWER Engine SPECIALIST) FCC Licensed GROL W/RADAR + FIBRE OPTICS, CUSTOM Avionics DESIGN, FABRICATION & INSTALLATION 37 YRS. COMMERCIAL MULTI-Engine PILOT.

**IV. STATEMENT OF CLAIM**

Place(s) of occurrence: 26872 CORY ROAD - JUNCTION CITY OREGON LOCATION OF DEATH.

Date(s) of occurrence: MAY 18, 2018

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

FACTS NOT being PROPERLY ADMINISTERED for THE PLAINTIFF WILLIAM RANDALL WALKER; NOT being PERSONAL REPRESENTATIVE in THE OREGON COURT, whereby KAY HYDER PATTON AND MATTHEW COX LOCATED AT 188 WEST B STREET, BLDG N SPRINGFIELD OR 97477-4500 Phone# 1-541-746-9621 FAX 1-541-746-4109

[What happened to you?]

Page 4 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

*[signature]*

| Was anyone else involved? | *[signature]* |

(Del. Rev. 11/14) Pro Se General Complaint Form

None

| Who did what? | None |

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

None

## VI. RELIEF

The relief I want the court to order is:

- ☐ Money damages in the amount of: $ None
- ☐ Other (explain):

None

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

07-23-2018
Dated

WILLIAM HARPER WALKER
Plaintiff's Signature

WALKER WILLIAM HARPER
Printed Name (Last, First, MI) Middle name court ordered must be spelled out

430 Kings Hwy NE. LTBLDG]-APT 221 - Dover DE 19901-0221
Address                                City          State    Zip Code

1-302-528-3942
Telephone Number

None
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

IV CAUSE OF ACTION of PLAINTIFF William Harper Walker PERFORMED AND SUCCESSFUL 600 ACRES IN GROWING AND HARVESTING VEGETABLE AND GRAIN AS WELL AS TAKEING CARE OF BUYING AND SELLING 170 CATTLE & SWINE (30)HEAD OF PORKERS FOR SLAUGHTER ON THE FARM. WILLIAM HARPER WALKER WAS SUCCESSFUL IN TOTAL OF 1260 ACRES OVER PERIOD OF 19 YRS.

VII REQUESTED IN COMPLAINT THIS 80 ACRES PROPERTY SHOULD be PLACED AT APPRAISEAL OF $500,000 TO $600,000 FOR A FAIR TIME LIMIT OF 6 MONTHS TO 1 YR. MAXIMUM FOR FINAL SALE OF SAID PROPERTY AND DISPURSEMENT OF MONIES TO THE

THE TWO-PLAINTIFFS WILLIAM HARPER WALKER AND PHYLLIS ANN SHERMAN; THAT IS BROTHER AND SISTER.

GERALDINE SHERMAN MARSHALL IS PERSONAL REPRESENTATIVE TO PHYLLIS ANN SHERMAN MY SISTER.

My Complaint is that defendant has no Agriculture Experience and only (1) case of Property Settlement in an appropriate Personal Estate of Geraldine M. Marshall Mother in defendant case.

Plantiff
William Harper Walker - Brother of Robert Franklin Walker Estate 80 acres Tillable Land, House and Aircraft Hanger Building and Farm Equipment, Construction Equipment on said Property.

Address: Cell # Phone 1-302-528-3942
430 Kings Kings Hwy N.E. LT BLDG 1 - Apt # 221
Dover DE. 19904-8221